UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM SCIENTIFIC, INC.,

      Plaintiff,

v.                                          CASE NO: 8:09-cv-2405-T-27TGW

ENHANCED VISION SYSTEMS, INC.,

      Defendant.
_____/

### ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Stipulated Dismissal with Prejudice (Dkt. 19). The stipulation is **APPROVED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this cause is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 14th day of June 2010.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record